FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 SEP 19 P 12: 58
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| KEITH BRISTER | * | CIVIL ACTION | |
| VERSUS | * | NO. | 07-5707 |
| DIAMOND OFFSHORE DRILLING, INC. | * | SECTION | " " SECT I MAG 1 |
| * * * * * * * | * | MAG. | |

**SEAMAN'S COMPLAINT**

Plaintiff, Mr. Keith Brister, an adult resident of Jayess, Mississippi, respectfully represents that:

1.

Plaintiff brings this action pursuant to TITLE 46 U.S.C. Section 688, commonly known as the Jones Act, and all statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the United States. As such, pursuant to TITLE 28 U.S.C. SECTION 1916, plaintiff is entitled to bring this action without the necessity of pre-payment of costs, fees or the posting of security.

___ Fee Seaman
___ Process______
X Dktd ______
___ CtRmDep______
___ Doc. No______

2.

Defendant, Diamond Offshore Drilling, Inc, is a foreign corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

3.

On or about November 16, 2006, plaintiff, Keith Brister was employed by defendant Diamond Offshore Drilling, Inc. and assigned to the M/V OCEAN VOYAGER as a derrickman.

4.

On or about November 16, 2006, the M/V OCEAN VOYAGER was owned , operated and/or controlled by defendant Diamond Offshore Drilling, Inc.

5.

On or about November 16, 2006, as the M/V OCEAN VOYAGER was operating in the Gulf of Mexico off the coast of Louisiana, plaintiff sustained serious, permanent and disabling injury to his right hand when he fell on the M/V OCEAN VOYAGER.

6.

This accident, which occurred on or about November 16, 2006, was the result of the negligence on the part of the defendant, Diamond Offshore Drilling, Inc., in one or more of the following non-exclusive particulars:

a. Failing to provide plaintiff with a safe place to work;

b. Failing to curtail or limit work activity in heavy seas;

c. Allowing and permitting work to proceed in heavy seas;

d. Failing to conduct the work in a reasonably safe manner;

e. Failing to properly supervise the job;

f. Other negligence acts and/or omissions which will be shown at a trial of this action.

7.

The proximate cause of the accident complained of herein was the unseaworthiness of the M/V OCEAN VOYAGER which was owned and/or operated and/or controlled by the defendant, Diamond Offshore Drilling, Inc. At all pertinent times hereto, the M/V OCEAN VOYAGER was unseaworthy in one or more of the following respects, to-wit:

a. The vessel was unsafe for the performance of the operations;

b. The vessel was not reasonably safe for its intended purpose;

c. Other unseaworthy conditions to be determined at a trial of this action.

8.

As a result of the above and forgoing acts of negligence, and/or unseaworthy conditions on board the M/V OCEAN VOYAGER, plaintiff has suffered damages including, but not limited to the following:

a. Past and future lost wages and/or diminishment of earning capacity;

b. Past and future expenses for reasonable medical treatment;

c. Past and future pain, suffering and disability;

d. Past and future mental and emotional pain and suffering;

e. Past and future loss of household services;

f. Past and future loss and enjoyment of life; and

g. Other damages to be shown at a trial of this action.

9.

Plaintiff, Mr. Keith Brister, is entitled to maintenance and cure benefits from the above referenced defendant until such time as he reaches maximum medical cure and plaintiff is entitled to attorney's fees and costs in the event that the defendant unreasonably refuses to pay or discontinues maintenance and cure benefits.

**WHEREFORE**, the premises considered, plaintiff, Mr. Keith Brister, prays for judgment herein against the defendant, Diamond Offshore Drilling, Inc., in the full and total true sum of ONE MILLION, TWO HUNDRED FIFTY THOUSAND DOLLARS ($1,250,000.00) DOLLARS, plus pre and post judgement interest at the legal rate for all costs of Court, and for all such other and future relief, at law and in equity, to which he may be justly entitled.

Respectfully submitted,

UNGAR & BYRNE

**RANDY J. UNGAR (12387)**
**GEORGE W. BYRNE, JR. (3744)**
**KRISTI POST (17752)**
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616
(504) 566-1652

PLEASE SERVE:

Diamond Offshore Drilling, Inc.
Through its registered agent for service:
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809