```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**KEITH BRISTER**                                              **CIVIL ACTION**

**VERSUS**                                                     **No. 07-5707**

**DIAMOND OFFSHORE DRILLING, INC.**                            **SECTION: I/1**

ORDER AND REASONS

Before the Court is defendant's motion to appeal U.S. Magistrate Sally Shushan's order[1] granting plaintiff's motion[2] to quash deposition with respect to Nyles Branch.

Having thoroughly reviewed defendant's submission, as well as Judge Shushan's order, the Court does not find that Judge Shushan's order is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A); *Castillo v. Frank*, 70 F.3d 382, 385 (5th Cir. 1995); *Kreger v. General Steel Corp.*, 2008 WL 782767, at *2 (E.D. La. March 20, 2008).

Furthermore, the Court is not convinced that the desired deposition testimony is relevant to any party's claim or defense, that it is relevant to the subject matter involved in this action, or that it is reasonably calculated to lead to the discovery of

---

[1] Rec. Doc. No. 51.

[2] Rec. Doc. No. 40.

admissible evidence.

Accordingly,

**IT IS ORDERED** that Judge Shushan's order is **AFFIRMED**.

New Orleans, Louisiana, August 8, 2008.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

2