UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEITH BRISTER** **CIVIL ACTION**

**VERSUS** **No. 07-5707**

**DIAMOND OFFSHORE MANAGEMENT COMPANY** **SECTION I/1**

# JUDGMENT

This matter came before the Court for trial by jury. Considering the record, the answers by the jury to the interrogatories propounded by the Court, and the law,

**IT IS ORDERED** that there be judgment in the above-captioned case in favor of defendant, Diamond Offshore Management Company, and against plaintiff, Keith Brister, dismissing all claims with prejudice. Each party shall bear its own costs.

New Orleans, Louisiana, October 22, 2008.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**